CALLOWAY COUNTY (FOSTER v.). See Case No. 4,967.

CALVERT (JENKINS v.). See Case No. 7,263.

CALVERT (NESMITH v.). See Case No. 10,123.

CALVERT (REYNOLDS v.). See Case No. 11,728.

---

## Case No. 2,326.

### CALVERT v. SLATER.

[1 Cranch, C. C. 44.][1]

Circuit Court, District of Columbia. Dec. Term, 1801.

#### PRACTICE—EXTENDING TIME TO PLEAD.

If the defendant on the plea-day demand oyer which is not given until the subsequent term, the court will give the defendant time to plead after oyer.

Debt on bond. A rule to plead had been laid on the defendant at last term. On the plea-day the defendant prayed oyer of the bond, which being now given, the court enlarged the rule until Monday next.

Simms, for plaintiff.
Gantt, for defendant.